MORGAN FINANCE CORPORATION v. COLONIAL DISCOUNT Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.